UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

MICHAEL SAMUELSON # 524185
(Full Name)          (Register No.)

Plaintiff(s),

v.

(GOV) Bob Holden (DIRECTOR) Gary B. Kempker (ASS DIV DIR Tom Clements)
(SUPERINTENDENT) Mike Kemna (CCA Judy Huff)
(CCA McGinney)(CCA Amy Gertz)(CCA Mark Parkhurst)
(COI Keith Kline)(SGT Hurley)

Defendant(s).

No. 03-6063-CV-SJ-NKL-P

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): CROSSROADS CORRECTIONAL CENTER 1115. E Pence Rd Cameron MO 64429

II. Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

A. Plaintiff: MICHAEL Dean Samuelson     Register No. 524185

   Address: CROSSROADS CORR CENTER 1115. E Pence Rd CAMERON MO 64429

B. Defendant _____

   is employed as _____

   at _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

III. Do your claims involve medical treatment?    Yes ___    No ✓

1

Case 5:03-cv-06063-NKL   Document 1   Filed 05/30/03   Page 1 of 11

IV. Do you request a jury trial?      Yes X    No __

V. Do you request money damages?      Yes __    No X

    State the amount claimed.    $_____/_____
                                                       (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur?   Yes X   No __

VII. Grievance procedures:

    A. Does your institution have an administrative or grievance procedure?   Yes X   No __

    B. Have the claims in this case been presented through an administraive or grievance procedure within the instutition?   Yes X   No __

    C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result).

(IRR FILED 1/8/03 DENIED 1/24/03)(GRIEVANCE FILED FEB/14/03 DENIED 3/4/03)·(GRIEVANCE APPEAL FILED MAR/12/03 DENIED 4-25-03)

    D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:

    A. Have you begun other civil actions in state or federal courts dealing with the same facts involved in this action? (NO)

    No __

    B. Have you begun other civil actions in state or federal courts which have been dismissed?   Yes ~~X~~   No X

    C. If your answer is "yes" to either of the above questions, provide the following information for each case.

2

(1) Style: _____
         (Plaintiff)              (v.)              (Defendant)

(2) Dated filed: _____

(3) Court where filed: _____

(4) Case number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
                 [(pending) (on appeal) (resolved)]

(8) If resolved, state whether for: _____
    _____
         [(plaintiff)       or       (defendant)]

For additional cases, provide the information in the same format on a separate page.

IX. Statement of claim  *ARGUMENT*
   A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give any legal arguments or cite any cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

On 12-26-02 I provided a urin sample that was claimed to be deluted. I was written up by COI Keith Kiine seen by Sgt Hurley and read the violation, found guilty by CCA McGinnley and revered to CCA Amy Gertz and CCA Parkhurst and punished by them to 30 days in Ad Seg confinement 30 days spend limit 30 days activity restriction and 10 days room restriction my grievance process were denied by Huff, Kemna, Clements, and this policy was written by Kempker and Gov Holden.

tRR.
I FILED A GRIEVANCE TO JUDY HUFF, IT WAS DENIED!
I FILED A GRIEVANCE IT WAS DENIED BY MIKE KEMNA
I FILED A GRIEVANCE APPEAL IT WAS DENIED BY TOM
CLEMENTS AND THIS POLICY WAS MADE BY GARY
B. KEMPKER AND BOB HOLDEN.

B. State briefly your legal theory or cite appropriate authority:

MY THEORY IS I WAS WRITTEN UP FOR POSSESSION OR USE OF
INTOXICATING SUBSTANCE, WHEN I USED NO ILLEGAL SUBSTANCES.
AND THIS DOESN'T MEET THE SUM EVIDENCE STANDARD OF MOORE-V-PLASTER 266 F3d
AND CALLS FOR EVIDENCE ABOVE AND BEYOND DILUTED URIN, AN ABSENCE OF DRUGS
IS NOT "SUM" EVIDENCE" AS DEMANDED FOR APPROPRIATE DUE PROCESS UNDER MOORE

V. Relief: (State briefly exactly what you want the court to do for you. Make no legal arguments.)

I WANT THIS RULE #11 TAKEN OUT OF MY FILE
BECAUSE I'M NOT GUILTY, AND IT COULD BE DEPREMENTAL
TO FUTURE REVIEWS FOR PAROLE CONSIDERATION.

XI. Counsel:
A. If someone other than a lawyer is assisting you in preparing this case, state the persons's name.

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?
Yes ( ____ )    No ( X )

If so, state the name(s) and address(es) of each lawyer contacted, and give the results of those efforts:

4

_CANT AFFORD A LAWYER_

If not, state your reasons:

_____

_____

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes (____)   No (_X_)

If so, state the lawyer's name and address:

_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this __28__ day of __MAY__, 20_03_

_____
(Signature(s) of Plaintiff(s))

W.D. Mo. 5/96

5

D264

# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
# INFORMAL RESOLUTION REQUEST

**OFFENDER NAME:** Samuelson, Michael
**DOC NUMBER:** 524185
**DATE STAFF RECEIVED IRR:** 1-8-03
**COMPLAINT NUMBER:** CRCC 03-42
**CATEGORY:** 3
**HOUSING UNIT:** 5B224

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

I was issued a Rule #11 for Diluted Urine / It specifically states (Possession/Use of an Intoxicating Substance) and I was found guilty?

**STATE YOUR PROBLEM BRIEFLY**

The Problem is: I was found guilty of use of an intoxicating substance, and my toxicology report states there was no illegal substances found, only my creatine level was 9.9/10 of 100 below exceptable limits, I had a witness that watched me urinate I didn't cheat the system

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I am requesting this Rule #11 be expunged off my file or droped to a disobeying an order, because a 9.9 creatine level is just to close to 10 and thats exceptable.

## STAFF USE ONLY

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

You submitted a diluted sample. UA testing and results are in accordance with policy.

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN
☒ IRR NOT RESOLVED BY DISCUSSION

**OFFENDER SIGNATURE** **DATE:** 1-22-03
**STAFF SIGNATURE:** Judy Huff, CCA **DATE:** 1-22-03

**STAFF FINDINGS/RESPONSE**

Your complaint has been received and reviewed.
On 01-04-03, you received a conduct violation for Rule #11 Poss/Use of an Intoxicating Substance for a urine sample you provided on 12-26-02. On 1-7-03, you were seen by the Disciplinary Hearing Officer and found guilty. An initial and retest of your urine sample confirmed a diluted specimen as defined in Policy D5-7.1. No due process errors were noted and the violation will remain as written. Informal Resolution Request is denied.

**INVESTIGATING STAFF SIGNATURE:** N. Dale CCA **DATE:** 1-24-03
**RESPONDENT SIGNATURE:** D. Hoh **DATE:** 1-24-03
**REVIEWER SIGNATURE:** **DATE:** 1/28/03
**RESULTS:** ☐ SATISFACTORY ☐ UNSATISFACTORY

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN FIVE (5) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

**OFFENDER SIGNATURE** **DATE**

MO 931-3376 (9-00)

3

# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
# OFFENDER GRIEVANCE

RECEIVED

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| CRCC-03-42 | CRCC-03-42 | FEB 14 2003 |
| CRCC 03-42 | CRCC 03-42 | |

**INSTITUTION USE ONLY** ☐ EMERGENCY GRIEVANCE ☐ NON-GRIEVABLE ISSUE

**CRCC**

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| SAMUELSON | Michael | 524185 | 2026Y | | |
| Samuelson | Michael | 524185 | | | |

## OFFENDER GRIEVANCE/REQUEST

I Received a Response on IRR, it states that Results are in Accordance with Policy? This isn't correct because This Policy states that I'm Guilty of Possession or use of intoxicating Substance, And my Toxicology Report states no illegal substances were found. If you want to write me up for drinking too much water? Then do that, but you've accused me of something I didn't do, and found me guilty for it! It is not illegal to drink water, and when you work out your supposed to drink lots of water. All Dr's say that. I should have been Retested not write up for Possession or use of something that I clearly am not guilty of. Your Policy is in Violation of my Rights because you have found me guilty of something I didn't do And The evidence of the Toxicology Report Proves that. This is Cruel And Unusual Punishment. Your Policy needs to have an alternitave and you write the individule up for something besides use or Possession. I am not guilty! And I asked to be retested. Your officer observed me give that sample. Please expunge this c

OFFENDER SIGNATURE: Michael Samuelson #524185     DATE: 2-4-03

## SUPERINTENDENT RESPONSE

**OFFENDER COPY**

Your complaint has been received and reviewed.

Urinalysis testing and any disciplinary action based on the results of urinalysis testing will be conducted in accordance with D5-7.1 Offender Substance Abuse Testing effective February 11, 2002. You were issued a conduct violation for Rule #11-Possession/Use of an Intoxicating Substance dated 12/26/02. You submitted a urine sample for drug testing that was determined to be a diluted specimen. You were afforded due process in accordance with policy. You were found guilty based on sufficient evidence. The findings and sanctions will remain as written.

SUPERINTENDENT/SECTION HEAD: Mike Kemna 3-4-03

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within five (5) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION     ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE     DATE

MO 931-3377 (2-00)

# STATE OF MISSOURI
# DEPARTMENT OF CORRECTIONS
## OFFENDER GRIEVANCE APPEAL

RECEIVED

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| CRCC 03-42 | MAR 12 2003 |

| OFFENDER LAST NAME | FIRST | DOC NUMBER | INSTITUTION |
|---|---|---|---|
| Samuelson | Michael | 524185 | CRCC |

**REASON FOR APPEAL**

My reason[s] for appeal, are the following:

I was found guilty of Rule #11 (Possession/Use of an Intoxicating Substance). However, in reality, I was found guilty of Possession/Use because it was determined that the urine sample I provided was "Diluted". This does not constitute "Possession A/o Use" of any substance which is intoxicating. In finding me guilty of "Possession/Use", that determination was made due to the definition of "Diluted Specimen". But, for the purpose of this procedure, the inference [is] that the "Excessive amounts of liquid" were ingested with the purpose to "Reduce drug levels" in the urine sample. The violation was given to me without proving that 'I', with that 'intention', ingested large amounts of water. Further, there was no trace, at any level, that indicates that I ingested liquid to "Reduce" anything.

(SEE ATTACHMENT)

OFFENDER SIGNATURE _____ DATE _____

**RESPONSE**

RECEIVED
MAR 17 2003
Division of Adult Institutions
Assistant Director

**OFFENDER COPY**

SIGNATURE _____ DATE _____

You are entitled to appeal this decision to the Department Director. You must file a second appeal with the Grievance Officer within five (5) days after receiving this response. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION   ☐ I APPEAL THIS DECISION

☐ I EXHAUST THIS GRIEVANCE

OFFENDER SIGNATURE _____ DATE _____

MO 931-3378 (11-00)

# ATTACHMENT APL 1/CRLL 03-42

I HAVE NEVER RECEIVED A RULE #11 DURING ALL MY TIME IN THE D.O.C., AND, THE TOXICOLOGY REPORT ON THIS VIOLATION INDICATES THAT IT WAS 'NEGATIVE' FOR ILLEGAL SUBSTANCES AND, THE CREATININE LEVEL WAS ONLY 'ONE TENTH' (OF 100 (9.9)) BELOW ACCEPTABLE LIMITS. I WAS NEVER Retested AFTER IT WAS FOUND THAT SUCH LEVEL WAS LOW AS IS THE Policy FOR PROBATION/PAROLE UNDER THE SAME CIRCUMSTANCES. RATHER, I RECEIVED A VIOLATION ALLEGING POSSESSION/USE. THE BASIS FOR THE VIOLATION IS THE Policy's DEFINITION OF "DILUTED SPECIMEN". BUT, IN ORDER TO SUBSTITUTE 'POSSESSION/USE' WITH 'DILUTED SPECIMEN' THERE MUST BE PROOF THAT I, WITH THE INTENTION TO CONCEAL DRUG USAGE, BY Reducing THE LEVELS OF SUCH DRUGS, DRANK LARGE AMOUNTS OF liquids. (THIS HAS NOT BEEN PROVED) AND, THE TOXICOLOGY REPORT DOES NOT ALLEGE THAT THE TRACE LEVELS OF ANY DRUG WAS REDUCED, THEREFORE, A VIOLATION FOR 'POSSESSION/USE' CANNOT STAND.

AS DEFINED BY LEGAL STANDARDS, Black's LAW DICTIONARY, DESCRIBE 'USE' AS: THE ACTION TO AVAIL ONESELF OF; ACT OF EMPLOYING SOMETHING. AND, 'POSSESSION' AS: THE CONTROL OVER A THING WITH THE INTENT TO HAVE AND TO EXERCISE SUCH CONTROL. NONE OF THE DEFINITIONS SUSTAIN THE FINDING OF Guilty IN THIS VIOLATION FOR 'POSSESSION/USE'.

I SHOULD HAVE BEEN ORDERED TO PROVIDE ANOTHER SAMPLE FOR RE-TEST, AS IS THE policy USED BY PROBATION/PAROLE, FOR INDIVIDUALS IN THE CUSTODY OF THE STATE. BUT THIS WAS NOT DONE. THE FAILURE TO RETEST A PRISONER RESULTS IN PUNISHMENT OF INNOCENT AND Guilty ALIKE. DUE PROCESS DOES NOT INVISION

(OTHER SIDE)

OFFENDER COPY

(d) this result. In other words, a person who's lab report alleges having a 'diluted specimen' will be found guilty, along with the ones who have deliberately ingested large amounts of liquid to conceal drug usage, even though not done with the intention to deceive or conceal anything. This, borders the equal protection of the law, as also cruel and unusual punishment. **ATTACHMENT** APL1/CRLL 03-42

In addition, once the violation is in file, it may affect the review of the institutional adjustment and parole decisions, adversly, against the prisoner who is not trying to conceal anything.

Although it may be assumed that all prisoners dilute there samples to reduce drug leves in the urine, an assumption is not enough to provide the basis for finding anyone guilty of possession/use when there is no proof of intentional act to conceal, and because I was not ordered to provide another sample for re-test, as it should have been done, this violation should and must be exponge from my file. **OFFENDER COPY**

Finally, I will greatly appreciate it/if the review of this appeal is expedited on the basis that, it may adversly affect me if/or in the event of any institutional review, i.e., parole hearing, in the coming months.

Thank you
Sincerly

DIVISION OF ADULT INSTITUTIONS
DIVISION DIRECTOR RESPONSE
CROSSROADS CORRECTIONAL CENTER

TO: Samuelson, Michael #524185

VS: CRCC

CATEGORY: 3 – Due Process

LOG: CRCC-03-42

DATE: April 25, 2003

I am in receipt of your grievance appeal request received by the CRCC Grievance Office on 3/12/03 regarding a conduct violation that was issued to you on 1/04/03 for Rule #11 – Possession/Use of an Intoxicating Substance. The violation was issued to you as a result of a urine sample that you provided on **12/26/02** testing/confirming positive for a diluted urine sample. You contend the following: (1) although the urine sample that you provided tested/confirmed for a diluted sample, such does not constitute "Possession/Use of an Intoxicating Substance", (2) the violation was issued to you without proving that you had the intent of ingesting a large amount of water, and (3) you should have been ordered to provide another sample for re-test as is the policy of probation and parole. You request that the violation be dismissed/expunged.

I have reviewed your complaint and pertinent information. I concur with the response issued to you at the IRR and Grievance level. Be advised that the laboratory at Cremer Therapeutic Community Center (CTCC) follows the guidelines set forth by the Substance Abuse and Mental Health Services Administration (SAMHSA) to ensure that the results are correct and supportable in a court of law. In accordance with policy D5-7.1, III, G., 3. "Specimens which have been adulterated, **diluted** or substituted **will be considered the same as a positive result.**" Policy does not state that "intent" has to be proven, only that the urinalysis testing is to be conducted in accordance with D5-7.1. Your request for a "re-test" per Probation and Parole's standards (alleged) is denied. You received due process on the violation with no noted errors, therefore the violation and sanctions will remain as written.

**OFFENDER COPY**

Grievance Denied.

| 3/17/03 | 4/25/03 | *Tom Clements* |
|---|---|---|
| Date Received | Date Reviewed | Tom Clements, Assistant Division Director |
| | | Division of Adult Institutions |

rw

cc: file